# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES BOMA,<br><br>                Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY, et al.,<br><br>                Defendants. | No. C04-100JLR<br><br>ORDER OF DISMISSAL |

The court having been notified of the settlement of this matter and the trial date in this matter having passed,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event settlement is not perfected, any party may move to reopen the case, provided such motion is filed within **60** days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

DATED this 7th day of June, 2005.

                                            JAMES L. ROBART
                                            United States District Judge